IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOSHUA L. MINER PLAINTIFF

v. Case No. 1:26-cv-01025

FRANK BISIGNANO,
Commissioner, Social Security Administration DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation filed on October 8, 2026, by the Honorable Spencer Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Neither party has responded to the Report and Recommendation, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). The Court finds the matter ripe for consideration.

On May 7, 2026, Plaintiff Joshua Miner filed a complaint against Defendant Frank Bisignano, Acting Commissioner of the Social Security Administration. ECF No. 2. In his complaint, Plaintiff sought review of the decision denying his claim for social security disability insurance ("SSDI") under Title II of the Social Security Act. *Id*. On October 6, 2026, Defendant filed an unopposed motion to reverse and remand the final administrative decision in this action pursuant to sentence four of 42 U.S.C. § 405(g). ECF Nos. 16, 17. Defendant filed a separate brief in support of the motion pursuant to Local Rule 7.2(a). ECF No. 16. Defendant states that it conferred with Plaintiff's attorney, who advised that this motion is unopposed. ECF No. 16.

In the instant Report and Recommendation, Judge Singleton recommends that Defendant's Unopposed Motion to Remand under Sentence Four (ECF Nos. 16, 17) be granted, and that Plaintiff's case be reversed and remanded to the Social Security Administration for further

administrative review pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 18.

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*. Accordingly, the Court finds that Defendant's Unopposed Motion to Remand under Sentence Four (ECF No. 16) should be and hereby is **GRANTED**. Plaintiff's case is hereby **REVERSED AND REMANDED** to the Social Security Administration for further review, in accordance with 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 23rd day of October 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge